

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-23-00150-CV

FRANKLIN MEMBRENO, APPELLANT

V.

MADALENO REYNOSA, MARIA CISNEROS, AND JORGE CUEVAS, APPELLEES

On Appeal from the County Court at Law No. 2
Travis County, Texas
Trial Court No. C-1-CV-22-000148, Honorable Eric Shepperd, Presiding

August 9, 2023

MEMORANDUM OPINION

Before QUINN, C.J., and DOSS and YARBROUGH, JJ.

Pending before the court is the agreed motion of Madaleno Reynosa, Maria Cisneros, and Jorge Cuevas, Appellees, and Franklin Membreno, Appellant, to dismiss this appeal pursuant to their settlement agreement. Tex. R. App. P. 42.1(a)(2). We grant the motion and dismiss the appeal pursuant to their settlement agreement. In accordance with the motion, costs are assessed against the party incurring them. *See* Tex. R. App. P. 42.1(d).

Per Curiam